WILLIE E. BENNETT
PLAINTIFF/PETITIONER/MOVANT'S NAME

F-77661
PRISON NUMBER

CENTINELA STATE PRISON
PLACE OF CONFINEMENT

P.O. BOX 911, IMPERIAL, CA 92251
ADDRESS

FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

# United States District Court
## Southern District Of California

WILLIE E. BENNETT,
Plaintiff/Petitioner/Movant

v.

GEORGE BAILEY DETENTION, et. al.
Defendant/Respondent

'08 CV 1553 H JMA

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED **IN FORMA PAUPERIS**

I, WILLIE E. BENNETT, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration CENTINELA State PRISON
   Are you employed at the institution?    ☐ Yes ☒ No
   Do you receive any payment from the institution?    ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                           K:\COMMON\FORMS\CIV-67

CR

2. Are you currently employed? ☐ Yes ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____

    _____

    _____

    _____

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _9-1-2005_
    _Mission Janitorial San Diego CA._
    _$ 2,800 per mo_

3. In the past twelve months have you received any money from any of the following sources?:
    a. Business, profession or other self-employment    ☐ Yes ☑ No
    b. Rent payments, royalties interest or dividends   ☐ Yes ☑ No
    c. Pensions, annuities or life insurance            ☐ Yes ☑ No
    d. Disability or workers compensation               ☐ Yes ☑ No
    e. Social Security, disability or other welfare     ☐ Yes ☑ No
    e. Gifts or inheritances                            ☐ Yes ☑ No
    f. Spousal or child support                         ☐ Yes ☑ No
    g. Any other sources                                ☐ Yes ☑ No

    If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____

    _____

    _____

4. Do you have any checking account(s)?    ☐ Yes ☑ No
    a. Name(s) and address(es) of bank(s):_____
    b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    ☐ Yes ☑ No
    a. Name(s) and address(es) of bank(s):_____
    b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?    ☐ Yes ☑ No
    a. Make:_____ Year:_____ Model:_____
    b. Is it financed? ☐ Yes ☐ No
    c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☑ No
   If "Yes" describe the property and state its value._____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support._____
   _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____
   _____
   _____
   _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):_____
    _____
    _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____
    _____
    _____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

8-13-08                              Willie Bennett
DATE                                 SIGNATURE OF APPLICANT

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant **BENNETT, WILLIE**,
(NAME OF INMATE)

**F77661**,
(INMATE'S CDC NUMBER)

has the sum of $ **.12¢** on account to his/her credit at

**CENTINELA STATE PRISON**
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities **Ø**

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months the applicant's** *average monthly balance* **was** $ **38.77**,

and the *average monthly deposits* to the applicant's account was $ **17.92**.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

**8/19/08**
DATE

*[signature]*
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

**MONICA PRECIADO**
OFFICER'S FULL NAME (PRINTED)

**ACCOUNT CLERK II**
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, **WiLLiE E. BENNETT #F-77661**, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

8-13-08
DATE

*Willie Bennett*
SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                                                      REPORT DATE: 08/19/08
                                                                                    PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  CENTINELA STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU AUG. 19, 2008

ACCOUNT NUMBER  : F77661                        BED/CELL NUMBER: FBB2T1000000136L
ACCOUNT NAME    : BENNETT, WILLIE EARL                          ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                           TRUST ACCOUNT ACTIVITY

           TRAN
DATE       CODE  DESCRIPTION       COMMENT        CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE

01/01/2008       BEGINNING BALANCE                                                          0.78
01/23  D201  FAMILY VISIT      4283 FVDEP                       40.00                      40.78
01/23  D201  FAMILY VISIT      4283 FVHOL                       40.00                      80.78
01/24  D209  REV FAMILY VI     4305 ERROR                       40.00-                     40.78
01/24  D209  REV FAMILY VI     4305 ERROR                       40.00-                      0.78
01/24  D201  FAMILY VISIT      4306 FVDEP                       40.00                      40.78
02/27* DD30  CASH DEPOSIT      5055 MLRM                        13.50                      54.28
03/03* DD30  CASH DEPOSIT      5118 MLRM                         9.00                      63.28
03/07  W512  LEGAL POSTAGE     5244 02/07                                      1.48        61.80
03/07  W512  LEGAL POSTAGE     5275 02/07                                      1.48        60.32
03/10  W415  CASH WITHDRAW     5289 02/16  189068938                          40.00        20.32
03/17  FC02  DRAW-FAC 2        5452 FAC-B                                     20.00         0.32
04/08* DD30  CASH DEPOSIT      5924 MLRM                        22.50                      22.82
04/10  W536  COPAY CHARGE      5973M04/01                                      5.00        17.82
05/27* DD30  CASH DEPOSIT      7003 MLRM                        22.50                      40.32
06/16  FC02  DRAW-FAC 2        7424 FAC B                                     40.00         0.32
06/26  FR01  CANTEEN RETUR     707689                                         13.80-       14.12
07/14  FC02  DRAW-FAC 2        0329 FAC B                                     14.00         0.12

                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/05/07                        CASE NUMBER: SCD195273
COUNTY CODE:    SD                              FINE AMOUNT: $     200.00

DATE       TRANS.    DESCRIPTION                           TRANS. AMT.      BALANCE

01/01/2008           BEGINNING BALANCE                                        200.00
02/27/08   DR30      REST DED-CASH DEPOSIT                     15.00-         185.00
03/03/08   DR30      REST DED-CASH DEPOSIT                     10.00-         175.00
04/08/08   DR30      REST DED-CASH DEPOSIT                     25.00-         150.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY_____
           TRUST OFFICE

```
REPORT ID: TS3030  .701                                              REPORT DATE: 08/19/08
                                                                     PAGE NO:       2
                              CENTINELA STATE PRISON
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU AUG. 19, 2008

ACCT: F77661        ACCT NAME: BENNETT, WILLIE EARL        ACCT TYPE: I

                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/05/07                              CASE NUMBER: SCD195273
COUNTY CODE: SD                                       FINE AMOUNT: $      200.00

 DATE     TRANS.  DESCRIPTION                          TRANS. AMT.       BALANCE
 ----     ------  -----------                          -----------       -------
05/27/08  DR30    REST DED-CASH DEPOSIT                     25.00-        125.00

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
 BALANCE       DEPOSITS    WITHDRAWALS      BALANCE       BALANCE       TO BE POSTED
---------      --------    -----------      -------       -------       ------------
    0.78        107.50        108.16          0.12          0.00             0.00

                                                           CURRENT
                                                          AVAILABLE
                                                           BALANCE
                                                          ---------
                                                             0.12
```